**Sheehan & Associates, P.C.**   505 Northern Blvd Ste 311, Great Neck NY 11021-5101
tel. 516.303.0552   fax 516.234.7800
spencer@spencersheehan.com

February 25, 2020

District Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  1:19-cv-05913-CBA-SMG
     Burke v. Whole Foods Market Group, Inc.

Dear District Judge Amon:

    This office, with co-counsel Michael Reese, Reese LLP, represents the plaintiff. In accordance with your Honor's Individual Motion Practice and Rules, plaintiff and defendant request an extension of sixty (60) days for defendant to file an answer or respond to the complaint.

    The original date by which defendant is required to answer or respond is Wednesday, March 11, 2020. There have been no previous requests for an extension of this date. No previous request was granted or denied. Defendant consents to and joins plaintiff in the present request.

    The reason for the request is to provide the parties additional time to consider how to proceed, such as a motion to dismiss or answer by defendant, an amended complaint by plaintiff or a resolution of the issues based on good faith discussions. This request is submitted at least 48 hours prior to the original compliance date. This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

 /s/Spencer Sheehan
Spencer Sheehan

## Certificate of Service

I certify that on February 25, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☒ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan