United States District Court
Eastern District of New York

1:19-cv-05913-CBA-RML

Walleta Burke, Sharon Lucky,, individually
and on behalf of all others similarly situated,

Plaintiffs,

- against -

Notice of Voluntary Dismissal

Whole Foods Market Group, Inc.,

Defendant

Plaintiffs give notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    March 31, 2021

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com

1:19-cv-05913-CBA-RML
United States District Court
Eastern District of New York

Walleta Burke, Sharon Lucky,, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

Whole Foods Market Group, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cutter Mill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  March 31, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on March 31, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan